JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SHERIFF, an individual, | Case No. 5:20-cv-02611-CJC-KK |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| FOOD SERVICES, INC. OF GAINESVILLE, dba GAINESVILLE SERVICES; and DOES 1 through 50, inclusive, | |
| Defendant. | |

Pursuant to the Stipulation of the parties, filed October 1, 2021,

**IT IS HEREBY ORDERED** that the above-action hereby is dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

DATED:  October 1, 2021

_____
UNITED STATES DISTRICT JUDGE

10256334.1

1

**ORDER DISMISSING ACTION**